IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>Michael Wight<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | ORDER FOR PSYCHIATRIC &/OR PSYCHOLOGICAL EXAMINATION OR MENTAL HEALTH ASSESSMENT<br><br>Docket No. 2:09-MJ-00373-001-DN |

For the purpose of assisting the Court, psychiatric and/or psychological information is necessary to obtain an assessment of the defendant's current mental status for consideration for pretrial release and/or treatment while on pretrial release.

IT IS ORDERED that the defendant submit to a psychiatric and/or psychological evaluation or mental health assessment before a qualified practitioner, in order to provide further information to the Court.

IT IS FURTHER ORDERED that the United States Pretrial Services Agency, pursuant to 18 USC § 3154(4), (7), and (12), pay all reasonable and necessary expenses from funds allocated for such purposes.

DATED this _9th_ day of _December_ 2009.

BY THE COURT:

_____
David O. Nuffer
Chief United States Magistrate Judge