AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF UTAH

2009 DEC 10 A 8:59

UNITED STATES OF AMERICA

V.

**MICHAEL LEE WIGHT**

**WARRANT FOR ARREST**

CASE Number: 2:09-MJ-373 DN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

**MICHAEL LEE WIGHT**

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment ☐ Information x Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**THREATS IN INTERSTATE COMMERCE**

in violation of Title __18__ United States Code, Section(s) 875(c)

**DAVID O. NUFFER**
Name of Issuing Officer

_[signature]_
Signature of Issuing officer

**MAGISTRATE COURT JUDGE**
Title of Issuing Officer

Salt Lake City, Utah   4 December 2009
Date and Location

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at SUSPECT ARRESTED BY FBI |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | 12/7/09 IN THE DISTRICT OF Utah |